IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALEXANDER MICHAEL MALES,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

Civil No. 07-416-HU

ORDER

MARSH, Judge.

    Magistrate Judge Dennis James Hubel filed his Findings and Recommendation on December 26, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation #14. The decision of the Commissioner is reversed and remanded for further proceedings

    IT IS SO ORDERED.

1 - ORDER

DATED this  17   day of January, 2008.

                                       /s/  Malcolm F. Marsh  
                                      Malcolm F. Marsh  
                                      United States District Judge