IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALEXANDER MICHAEL MALES,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

Civil No. 07-416-HU

JUDGMENT

Based on the record and the Order filed herewith, the decision of the Commissioner is reversed and remanded for further proceedings.

    IT IS SO ORDERED.

    DATED this  17  day of  January , 2008.

                        /s/  Malcolm F. Marsh
                        Malcolm F. Marsh
                        United States District Judge

1 - JUDGMENT